FILED

09/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0558

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0558

STATE OF MONTANA,

Plaintiff and Appellee,

v.

MICHAEL ANDREW BUCK,

Defendant and Appellant.

ORDER

ORIGINAL

FILED

SEP 29 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Counsel for the Appellant Michael Andrew Buck filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). Buck was granted time to file a response, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders*. We conclude there are no arguments with potential legal merit that could be raised in Buck's appeal in this case.

Therefore,

IT IS ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to Buck personally.

DATED this 29 day of September, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
                        Justices